This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**TIMOTHY A. ARMIJO,**

Worker-Appellant,

v.                                                              **NO.  31,240**

**KOHLS and AIG,**

Employer/Insurer-Appellees.

**APPEAL FROM THE WORKERS' COMPENSATION ADMINISTRATION**
**Gregory D. Griego, Workers' Compensation Judge**

Timothy A. Armijo
Santa Fe, NM

Pro Se Appellant

Allen, Shepherd, Lewis & Chapman, P.A.
Kimberly A. Syra
Albuquerque, NM

for Appellees

### MEMORANDUM OPINION

**FRY, Judge.**

Summary affirmance was proposed for the reasons stated in the calendar notice. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.  **AFFIRMED.**

**IT IS SO ORDERED.**

_____
**CYNTHIA A. FRY, Judge**

**WE CONCUR:**

_____
**JAMES J. WECHSLER, Judge**

_____
**LINDA M. VANZI, Judge**